UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

Gary Labarbera and Frank Finkel, etc.

                Plaintiff,        CV-08-3385 (CPS)

    - against -                ORDER

Giacomelli Tile, Inc.,

                Defendant.

------------------------------------X

No objections to the Report and Recommendation of Magistrate Judge Steven M. Gold dated June 2, 20009 having been filed by the parties, the Report and Recommendation is hereby adopted. Counsel for the plaintiff is directed to serve a copy of the within on the defendant at its last known address and to file proof of service with the court.

The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

SO ORDERED.

Dated :   Brooklyn, New York
           June 25, 2009

                                    s/Hon. Charles P. Sifton

                                    United States District Judge